UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT GULDENSTEIN
and KAREN
GULDENSTEIN,　　　　　　　　　　　　Case No. 4:15-cv-14181
　　　　　　　　　　　　　　　　　　　District Judge Linda V. Parker
　　　　Plaintiffs,　　　　　　　　　　Magistrate Judge Anthony P. Patti

v.

MERIT ENERGY
COMPANY, L.L.C.,

　　　　Defendant.
_____/

# ORDER GRANTING DEFENDANT'S MOTION FOR REIMBURSEMENT OF COSTS OF CANCELLED DEPSOSITION OF DR. ERNEST CHIODO (DE 39)

Defendant filed the above-described motion on February 27, 2017. (DE 39). A response and reply have been filed. (DEs 46, 50.) A statement of resolved and unresolved issues was filed on April 13, 2017. (DE 60.)

Judge Parker referred this motion to me for hearing and determination, and a hearing was noticed for April 17, 2017. (DEs 44, 47, 48.) On the date set for hearing, attorneys Gerald V. Padilla, William L. Kiriazis, and Timothy J. Jordan appeared.

For the reasons stated on the record, Defendant's motion for reimbursement of costs of cancelled deposition of Dr. Ernest Chiodo is **GRANTED**. Plaintiff

**SHALL** reimburse defense counsel in the amount of $1,275.00 within twenty-one (21) days of the date of this order.

If Dr. Chiodo's deposition has yet to occur, the parties are to find and mutually confirm in writing a date for this deposition to take place, which must occur on or before **May 31, 2017**. If Plaintiffs' counsel fails to appear at the deposition after confirming his availability, as required by this order, the deposition may go forward without him.

**IT IS SO ORDERED**

Dated: April 17, 2017   s/Anthony P. Patti
　　　　　　　　　　　　　ANTHONY P. PATTI
　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on April 17, 2017, electronically and/or by U.S. Mail.

　　　　　　　　　　　　　s/Michael Williams
　　　　　　　　　　　　　Case Manager for the
　　　　　　　　　　　　　Honorable Anthony P. Patti